**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Alexander Mercado, on behalf of himself and all others similarly situated,**<br><br>                         **Plaintiff,**<br><br>           -against-<br><br> **The J.M. Smucker Co.,**<br><br>                         **Defendant.** | **1:26-cv-04012 (JAV) (SDA)**<br><br>**ORDER SCHEDULING**<br>**TELEPHONE CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 8.) The Court shall hold a telephone conference on Thursday, June 25, 2026, at 3:30 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference and forward a copy of this Order. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated:       New York, New York
               June 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge