ARISOHN LLC

JOSHUA D. ARISOHN
ARISOHN LLC
94 BLAKESLEE ROAD
LITCHFIELD, CT 06759
TEL: (917) 656-0569
josh@arisohnllc.com

JOSHUA D. ARISOHN
ARISOHN LLC
513 EIGHTH AVENUE, #2
BROOKLYN, NY 11215
TEL: (917) 656-0569
josh@arisohnllc.com

July 21, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: *Mercado v. The J.M. Smucker Co.*, 1:26-cv-04012-JAV-SDA**

Dear Judge Vargas,

I write on behalf of Plaintiff Alexander Mercado ("Plaintiff") pursuant to Rule 5.I of the Court's Individual Rules and Practices in Civil Cases and the Court's July 21, 2026 Order (ECF No. 17). Plaintiff hereby notifies the Court that he does not intend to amend his Complaint and will instead rely on the pleading being attacked. Plaintiff will address the issues raised in the motion to dismiss in his opposition brief due on August 10, 2026.

Very truly yours,

Joshua D. Arisohn